IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHERRY WISE                                                                                           PLAINTIFF

v.                                          Case No. 4:22-cv-04113

KILOLO KIJAKAZI,
Acting Commissioner, Social Security Administration                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on October 12, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees (ECF No. 16) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation (ECF No. 20), and Plaintiff's Motion (ECF No. 16) is **GRANTED**.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the Equal Access to Justice Act ("EAJA") in the amount of $6,494.95 in attorney's fees and expenses and $402.00 in costs. This award represents 4.60 hours for work performed in 2022 at an hourly rate of $206.00, 25.00 hours for work performed in 2023 at an hourly rate of $221.00, expenses of $22.35, and $402.00 in costs.

**IT IS SO ORDERED**, this 16th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge